# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

Stephan Harris
**Clerk of Court**

3:10 pm, 3/18/19

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY<br><br>  Plaintiff<br><br>vs<br><br>INTERIOR PARTITIONS, INC., RAMSHORN PROPERTY MANAGEMENT, LLC, TODD R. MADSEN, individually, and MARY K. MADSEN, individually<br><br>  Defendant | Case Number: 18-CV-34-SWS |

### JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Motion for Summary Judgment filed by Plaintiff Westchester Fire Insurance Company (ECF No. 59) Pursuant to the Order entered March 18, 2019, incorporated by reference herein, GRANTING Plaintiff's Motion for Summary Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that a Judgment be entered on behalf of the Plaintiff and against Defendants jointly and severally in the amount of $93,541.92 with postjudgment interest to apply as governed by 28 U.S.C. §1961(a).

Dated this 18th day of March, 2019.

  Stephan Harris
  Clerk of Court

  By Crystal Toner
  Deputy Clerk