Patrick Q. Hustead, #6-2864
Connor L. Cantrell, Pro-Hac Vice Admission
The Hustead Law Firm,
 *A Professional Corporation*
4643 S. Ulster St., Suite 1250
Denver, CO  80237
Ph. 303-721-5000
pqh@thlf.com ; clc@thlf.com
Attorney for Plaintiff,
Westchester Fire Insurance Company


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 18cv34<br>) |
| INTERIOR PARTITIONS, INC.;<br>RAMSHORN PROPERTY MANAGEMENT, LLC; and<br>TODD R. MADSEN, individually; and<br>MARY K. MADSEN, individually. | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, Westchester Fire Insurance Company ("Westchester"), through its undersigned counsel, The Hustead Law Firm, A Professional Corporation, hereby advises the Court that the parties hereto have reached a settlement of all issues. Counsel for both parties will work diligently to consummate the settlement and submit a Stipulation for Dismissal within 35 days.

In light of the settlement, the parties respectfully request that the Court vacate the Hearing scheduled for Wednesday, April 3, 2019, at 1:00 p.m., as well as all future scheduled appearances. Counsel express their sincere appreciation to the Court for its efforts and for the professional courtesies and consideration extended in this matter.

Respectfully submitted this 2nd day of April 2019.

                                        Respectfully submitted,

                                        THE HUSTEAD LAW FIRM
                                          *A Professional Corporation*

                                        */s/ Connor L. Cantrell*
                                        Patrick Q. Hustead, Esq.   No. 6-2864
                                        Connor L. Cantrell, Esq.   PHV
                                        THE HUSTEAD LAW FIRM,
                                        *A Professional Corporation*
                                        4643 South Ulster Street, Suite 1250
                                        Denver, Colorado 80237
                                        Telephone: (303) 721-5000
                                        Fax:  (303) 721-5001
                                        Email:  PQH@thlf.com  ; CLC@thlf.com
                                        A*ttorney for Plaintiff Westchester*
                                        *Fire Insurance Company*

## CERTIFICATE OF SERVICE

      I do hereby certify that on this 2nd day of April 2019, a true and correct copy of the foregoing Notice of Settlement was electronically filed with the Court and served on the following:

| | |
|---|---|
| Judith Studer | Marci Crank Bramlet |
| Schwartz, Bon, Walker & Studer, LLC | Chapman Valdez & Lansing |
| 141 South Center Street, Suite 500 | 125 W. 2nd St. |
| Casper, WY 82601 | P.O. Box 2710 |
| *Counsel for Defendants Interior Partitions, Inc., Todd R. Madsen, and Mary K. Madsen* | Casper, WY 82602 |
| | *Counsel for Defendants Ramshorn Property Management, LLC, Interior Partitions, Inc., Todd R. Madsen, and Mary K. Madsen* |

                                                          *s/Connor L. Cantrell*
                                                        Connor L. Cantrell, Esq.